RECEIVED
IN ALEXANDRIA, LA
AUG 29 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| TRAVIS J. RICHARDSON | CIVIL ACTION NO. 07-CV-0852 |
|---|---|
| VERSUS | JUDGE DRELL |
| TIMOTHY WILKINSON, ET AL | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record including the objections filed by the plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's request for injunctive relief and his claims against Ms. Brenson, Officer Smitty, the unnamed officer are hereby **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous and failing to state a claim for which relief can be granted, pursuant to 42 U.S.C. §1997e and 28 U.S.C. §1915(e)(2)(b)(i) and (ii).

THUS DONE AND SIGNED in Chambers at Alexandria, Louisiana, on this 29th day of August, 2007.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE